ANNA W. BROWN, Respondent, *v.* AUSTIN CORBIN, Receiver, etc., Appellant.

(Argued December 2, 1891; decided December 22, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made February 2, 1886, which affirmed a judgment in favor of plaintiff entered upon a verdict.

*E. B. Hinsdale* for appellant.

*E. F. Hyde* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.